UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION



LARRY RUMBOUGH
    Plaintiff,

Case No. 6:07-cv-1483-Orl-22KRS

-v-

CAVALRY PORTFOLIO SERVICES, LLC;
NATIONAL ACTION FINANCIAL SERVICES,
INC.; KRISTIN PAPP; TODD YORK; and DON
STRAUCH,
    Defendants.

## NOTICE OF FILING OF OFFER OF JUDGMENT AND ACCEPTANCE

Plaintiff, Larry Rumbough, hereby files Defendant Cavalry Portfolio Services, LLC's Offer of Judgment, Plaintiff's Notice of Acceptance of Defendant Cavalry Portfolio Services, LLC's Offer of Judgment, along with proof of service for both (Schedule "A").

WHEREFORE, the Offer of Judgment having been accepted properly accepted, Plaintiff, pursuant to Fed. R. Civ. P. 68, requests that a judgment be entered in favor of Plaintiff against Defendant Cavalry Portfolio Services, LLC in the amount of $5,000.00.

Dated: May 16, 2008

Respectfully submitted,

*Larry Rumbough*
Larry Rumbough
840 Lilac Trace Lane
Orlando, FL 32828
(321) 331-1859

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing has been delivered this 16th day of May, 2008 by U.S. Mail delivery to:

Chioma U. Hibbert
Hinshaw & Culbertson LLP
100 S. Ashley Drive, Suite 500
Tampa, FL 33602


_Larry Rumbough_
Larry Rumbough
840 Lilac Trace Lane
Orlando, FL 32828
(321) 331-1859

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LARRY RUMBOUGH,
    Plaintiff,

v.

CAVALRY PORTFOLIO SERVICES, LLC,
a Delaware Corporation;
NATIONAL ACTION FINANCIAL SERVICES, INC.,   Case No.: 6:07cv1483-ORL-22-KRS
a Georgia Corporation;
KRISTIN PAPP, a natural person;
TODD YORK, a natural person;
DON STRAUCH, a natural person,

    Defendants.
_____/

## OFFER OF JUDGMENT

Defendant, CAVALRY PORTFOLIO SERVICES, LLC, by and through undersigned counsel, and pursuant to Rule 68, Fed.R.Civ.P., hereby submits its offer to allow judgment to be taken against it for the sum of Five Thousand Dollars ($5,000.00), including Plaintiff's reasonable costs and attorney's fees accrued as of the date of this Offer of Judgment.

If this Offer is accepted in writing within ten (10) days after service, then this Offer of Judgment and Notice of Acceptance shall be filed and Judgment entered accordingly. If this Offer is not accepted, then it shall be deemed withdrawn and shall not be admissible as evidence except in a proceeding to determine costs.

In the event that Plaintiff does not obtain a Judgment against the Defendants in excess of this Offer, then Plaintiff must pay all costs and attorneys fees incurred by Defendant, CAVALRY PORTFOLIO SERVICES, LLC, hereafter. Defendants are not precluded from making subsequent offers if this offer is not accepted.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the forgoing was served via Electronic Mail and U.S. Mail on April 29, 2008 to Larry Rumbough, 840 Lilac Trace Orlando, Florida 32828.

James I. Sullivan, Esquire
Florida Bar No. 0904430
jsullivan@hinshawlaw.com
Chioma U. Hibbert, Esquire
Florida Bar No. 0844381
chibbert@hinshawlaw.com
HINSHAW & CULBERTSON, LLP
100 South Ashley Drive, Suite 500
Tampa, FL 33602-5348
Telephone: 813-276-1662
Facsimile: 813-276-1956
*Attorneys for Defendants*

21196053v1 828058

21321178v1 882137

**HINSHAW**
CULBERTSON LLP

7007 3020 0000 2522 2533

For delivery information visit our website at www.usps.com®

| | | |
|---|---|---|
| Postage | $ | $0.41 |
| Certified Fee | | $2.65 |
| Return Receipt Fee (Endorsement Required) | | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $3.06 |

Sent To: Chiann Hibbert
Street, Apt. No.; or PO Box No.: 100 South Ashley Drive
City, State, ZIP+4: Tampa, FL 33602-5348

PS Form 3800, August 2006

3282857246 C003

Larry Rumbough
840 Lilac Trace Lane
Orlando, FL 32828

Schedule "A"